IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate's No. 21-203 |
| DEVON WHITE | |

ORDER

AND NOW, to wit, this 3rd day of February, 2021, it appearing to the Court that an Arrest Warrant for the above-captioned individual has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Complaint, Arrest Warrant and Affidavit remain sealed,

IT IS HEREBY ORDERED that the Complaint, Arrest Warrant and Affidavit filed at the above number and sealed on February 2, 2021, be unsealed as of February 3, 2021.

THE HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE